IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

FLAVIO ALVAREZ,

  Defendant.

CIVIL ACTION FILE NO.

1:11-CR-158-3-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 66] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence is DISMISSED. The Defendant's Motion to Object [Doc. 68] is GRANTED and Motion for Summary Judgment [Doc. 69] is DENIED.

SO ORDERED, this 23 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge